■ In the Matter of GEORGE R. OSBORNE, an Attorney.—Motion for reinstatement granted only to the extent of directing that this matter be referred to the Committee on Character and Fitness for Admission to the Bar for review and consideration and holding all further proceedings in abeyance pending receipt of the report of said committee. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Silverman, JJ.

■ In the Matter of ROBERT BENNET SCHWARTZ, an Attorney.—Motion for an order changing effective date of disbarment denied. Concur—Kupferman, J. P., Lupiano, Birns and Capozzoli, JJ.

■ In the Matter of LEONARD N. TARR, an Attorney.—Motion granted and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano, Birns and Markewich, JJ.

■ In the Matter of ISIDORE GINSBERG, an Attorney.—Motion for reinstatement granted only to the extent of directing that a hearing be held as indicated in the order of this court, and holding final disposition of the motion in abeyance pending receipt of the report of the Referee, together with his recommendation. Concur—Lupiano, J. P., Evans, Silverman, Capozzoli and Lane, JJ.

■ In the Matter of STANLEY M. KLEBANOFF, an Attorney.—Motion for reinstatement granted, pursuant to section 90 of the Judiciary Law. Respondent will be reinstated upon taking the appropriate oath. Concur—Birns, J. P., Silverman, Evans, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEON CHARLES SCOTT, v LOUIS GRECO.—Motion for a writ of habeas corpus and for other relief denied. (See CPLR 7003, subd [b].) Concur—Murphy, P. J., Kupferman, Evans, Lane and Markewich, JJ.